# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
TAEKKYUN KWON

## DEFENDANTS
United States of America, Anthony McNamara, and United States Postal Service

**(b)** County of Residence of First Listed Plaintiff   New York
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   New Jersey
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Andrew Park, PC
450 7th Avenue, Suite 1805
New York, NY 10123
212-739-3680

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | | | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 2674
Brief description of cause:
Federal Tort Claims Act

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
**DEMAND $** 1,000,000.00
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE   DOCKET NUMBER

DATE 10/24/18
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

TAEKKYUN KWON,

    Plaintiff(s),

v.

UNITED STATES OF AMERICA,
ANTHONY MCNAMARA, and
UNITED STATES POSTAL
SERVICE,

    Defendant(s).

---

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

Case No.:

**COMPLAINT WITH DEMAND FOR TRIAL BY JURY**

Plaintiff TAEKKYUN KWON by way of Complaint, states:

## PARTIES

1. Plaintiff TAEKKYUN KWON is an adult individual residing at 42-44 162nd Street Flushing, New York 11358.

2. Defendant ANTHONY MCNAMARA is an adult individual residing at 19 Oak Street, Mt. Arlington, New Jersey 07856.

3. Defendant UNITED STATES POSTAL SERVICE is a federal government agency with an office located at 560 Huyler Street, South Hackensack, New Jersey 07606.

## JURISDICTION AND VENUE

4. This Court has jurisdiction over this claim against the United States of America, ANTHONY MCNAMARA, and the UNITED STATES POSTAL SERVICE pursuant to 28 U.S.C. 1331.

5. The acts or omissions giving rise to the Plaintiff's claim occurred in the District of New Jersey. Venue is therefore proper under 28 U.S.C. 1391(b).

## ALLEGATIONS

6. On or about January 4, 2018, Plaintiff TAEKKYUN KWON was the driver of a motor vehicle which was traveling on Bergen Turnpike in Little Ferry, New Jersey.

7. At the same time and place aforesaid, Defendant ANTHONY MCNAMARA was driving a motor vehicle owned by Defendant UNITED STATES POSTAL SERVICE, which was also traveling on Bergen Turnpike in Little Ferry, New Jersey.

8. On or about January 4, 2018, an incident occurred when the Defendants' vehicle struck the vehicle driven by Plaintiff TAEKKYUN KWON.

9. Defendants ANTHONY MCNAMARA operated his motor vehicle in such a careless and negligent manner so as to cause an accident with the vehicle which Plaintiff TAEKKYUN KWON was driving.

10. Defendant UNITED STATES POSTAL SERVICE negligently entrusted its vehicle to Defendant ANTHONY MCNAMARA.

11. At the time of the January 4, 2018accident, Defendant ANTHONY MCNAMARA was an employee and/or agent of Defendant UNITED STATES POSTAL SERVICE and was acting within the scope of his employment/agency.

12. As a direct and approximate result of said accident, Plaintiff TAEKKYUN KWON, suffered severe painful bodily injuries, which injuries necessitated her obtaining medical treatment, sustaining lost wages and which caused her great pain and suffering.

13. The acts or omissions by the Defendants described herein constitute the tort of negligence under the laws of the State of New Jersey.

14. Under the Federal Tort Claims Act, the Defendants are liable for these acts or omissions.

WHEREFORE, Plaintiff TAEKKYUN KWON demands judgment against the Defendants UNITED STATES OF AMERICA, ANTHONY MCNAMARA, and UNITED STATES POSTAL SERVICE for compensatory damages, together with interest, cost of suit, attorneys' fees, and such other relief as this Court deems just and proper.

/s/ David Wasserman
David M. Wasserman, Esq. (Attorney ID 013622006)
ANDREW PARK, P.C.
450 Seventh Avenue, Suite 1805
New York, NY 10123
Tel: (212) 239-3680 Fax: (212) 239 3683
E-mail: dw@andrewparkpc.com
Attorneys for Plaintiff

Dated: October 24, 2018